1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  4445 E. Holmes Avenue
   Suite 107
3  Mesa, AZ 85206-3398
   Office: (480) 756-8822
4  Fax: (480) 302-4186
   floyd@bybeelaw.com
5
   Attorney for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF ARIZONA**

10 ┌────────────────────────────────────┐
                                        )
11 | **Lucia F. Dantaylor-King;**       )   No. CV09-2259-PHX-NVW
                                        )
12 |                                    )
                                        )
13 |      Plaintiff,                    )
                                        )
14 | v.                                 )   **NOTICE OF DISMISSAL**
                                        )   **WITH PREJUDICE**
15 | **1ST National Recovery**          )
   | **Solutions, LLC;** and            )
16 | **Aron & Associates, P.C.;**       )
                                        )
17 |                                    )
                                        )
18 |      Defendants.                   )
                                        )
19 └────────────────────────────────────┘

20     Plaintiff, by and through counsel, hereby gives

21 notice of dismissal of this case in its entirety against

22 all parties with prejudice, with each party to bear its

23 own attorney's fees and costs.

24 / / /

25 / / /

RESPECTFULLY SUBMITTED:   October 29, 2009   .

                          s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
4445 E. Holmes Avenue
Suite 107
Mesa, AZ 85206-3398
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff